**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:
GABRIELLE  BALFOUR**

**CHAPTER 13 NO:**

**20-11590-JDW**

345 E. VAN DORN AVE.
HOLLY SPRINGS, MS 38635

---

**NOTICE TO DEBTOR**

---

NOTICE is hereby given that your plan payment will change from    **$978.00**    **( MONTHLY )** to    **$989.50    ( MONTHLY )**     effective in  **06/2020.**  Your plan payment is being remitted **direct.**

The reason for the changes in your plan payment is:

_____    Due to a change in your monthly mortgage payment;

XXX
_____    Due to a claim being filed for a different amount than scheduled;

_____    Due to entry of an order;

_____    Other: _____

If your **employer is withholding the plan payment from your wages,** you are responsible for remitting the difference, if any, should your employer fail to withhold the new payment.

If you are paying by **automatic bank draft,** please be sure there are sufficient funds in your account to satisfy the new payment.

If you are paying **direct,**   please be aware that the Trustee  **DOES NOT**  accept personal checks. You can remit payments online through **https://tfsbillpay.com**  or mail guaranteed funds, in the form of a **cashier's check or money order**  with your **case number and last name** in the description line, to

Locke D. Barkley
P.O. Box 1859
Memphis, TN 38101-1859

Should you have any questions concerning this, please contact your attorney.

Date:  5/27/2020

CC:    SCHNELLER AND LOMENICK, P.A.
P.O. BOX 417
HOLLY SPRINGS, MS 38635

Respectfully submitted,
LOCKE D. BARKLEY


/s/ Locke D. Barkley_____
CHAPTER 13 TRUSTEE

**CERTIFICATE OF SERVICE**

    I do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Date: 5/27/2020

/s/ Locke D. Barkley
LOCKE D. BARKLEY
CHAPTER 13 TRUSTEE